**Opinion issued January 26, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00812-CV

_____

**LUIS ESTRADA, Appellant**

**V.**

**MARIA AMPARO GRIMALDO DE ESTRADA AND BRENDA JOYCE ESTRADA, Appellees**

---

On Appeal from the Probate Court No. 1
Harris County, Texas
Trial Court Case No. 414,929-401

---

## MEMORANDUM OPINION

Appellant is attempting to appeal a judgment, signed July 31, 2015. Because appellant is attempting to appeal an interlocutory order in the absence of statutory authority to do so, we dismiss for lack of jurisdiction.

The clerk's record indicates the order signed on July 31, 2015, grants summary judgment to appellees, Maria Amparo Grimaldo de Estrada and Brenda Joyce Estrada, on all of appellant, Luis Estrada's, causes of action, but it does not adjudicate the counterclaim filed by appellees, Maria Amparo Grimaldo de Estrada and Brenda Joyce Estrada. The order is entitled, "INTERLOCUTORY SUMMARY JUDGMENT." Also, this order does not contain language indicating it is a final judgment and that the trial judge intended to adjudicate all claims. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001). We have jurisdiction to hear an interlocutory appeal only if authorized by statute. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West 2008); *Stary v. DeBord*, 967 S.W.2d 352, 352–53 (Tex. 1998). The July 31, 2015 order is not one for which an interlocutory appeal is statutorily authorized.

On October 15, 2015, this Court issued a notice to Luis Estrada, advising him that we would dismiss the appeal for want of jurisdiction unless Estrada filed a response on or before October 26, 2015 establishing that this court had jurisdiction. No response was received.

Accordingly, we dismiss this appeal for lack of jurisdiction.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Brown.